IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

JOSIE ROGERS, §
  §
  § Civil Action No. : 4:18-cv-00474
   Plaintiff, §
  §
   v. §
  §
QUEST DIAGNOSTICS, INC., §
  §
   Defendant. §

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: May 4, 2018                    BY: */s/ Amy L. Bennecoff Ginsburg*
                                      Amy L. Bennecoff Ginsburg, Esquire
                                      Kimmel & Silverman, P.C
                                      30 East Butler Pike
                                      Ambler, PA 19002
                                      Phone: (215) 540-8888
                                      Facsimile: (215) 540-8817
                                      Email: aginsburg@creditlaw.com
                                      Attorney for Plaintiff

**Certificate of Service**

  I hereby certify that on this 4th day of May, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

Quest Diagnostics
3 Giralda Farms
Madison NJ, 07940
Phone: (484) 676-7886

             */s/ Amy L. Bennecoff Ginsburg*
             Amy L. Bennecoff Ginsburg, Esquire
             Kimmel & Silverman, P.C
             30 East Butler Pike
             Ambler, PA 19002
             Phone: (215) 540-8888
             Facsimile: (215) 540-8817
             Email: aginsburg@creditlaw.com
             Attorney for Plaintiff