United States District Court
Southern District of Texas
**ENTERED**
May 04, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSIE ROGERS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-0474 |
| | § | |
| QUEST DIAGNOSTICS, INC., | § | |
| Defendant. | § | |

## **DISMISSAL ORDER**

In accordance with Plaintiff's Notice of Voluntary Dismissal [Doc. # 6], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this **4th** day of **May, 2018**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

C:\Users\sheliaashabranner\AppData\Local\Temp\notesC9AA6C\0474DO.wpd    180504.1141